IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RANIQUA CANTRELL**                                                                 **PLAINTIFF**

v.                           Case No. 4:24-cv-00956-KGB

**JAMES, PATRICIA ANN,** *et al.*                                                     **DEFENDANTS**

### ORDER

Plaintiff Raniqua Cantrell brought this action *pro se* on November 5, 2024 (Dkt. No. 2). Ms. Cantrell's also filed an application to proceed *in forma pauperis*, which the Court denied because portions of the application were incomplete (Dkt. No. 3). The Court entered an Order on December 2, 2024, giving Ms. Cantrell the opportunity to pay the $405.00 filing fee in full or file a properly completed application to proceed *in forma pauperis* for the Court's review and consideration (*Id*.). The Court warned Ms. Cantrell that if she did not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days, this action would be dismissed without prejudice (*Id*.).

As of the date of this Order, Ms. Cantrell has not complied with the Court's Order of December 2, 2024, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 6th day of February, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge